O

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

DEANNE DEGRANDPRE,

        Plaintiff,

v.                            CIVIL ACTION NO.  ED CV 09-00825 JRG (PJW)

USAA CASUALTY INSURANCE COMPANY, et al.,

        Defendants.

**JUDGMENT ORDER**

In accordance with the Memorandum Opinion and Order granting the defendant's Motion for Summary Judgment, the Court **ORDERS** that judgment be entered in favor of the defendant and that this case be dismissed and stricken from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented parties.

                ENTER:     February 7, 2011

*[Signature]*
Joseph R. Goodwin, Chief Judge